UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, | ) Case No.: 1:12-cv-00986 LJO JLT |
| Plaintiff, | ) ORDER REQUIRING PAYMENT OF FILING FEE OR FILING OF APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | ) |
| KELLERMAN, et al., | ) (Doc. 1) |
| Defendant. | ) |

On June 19, 2012, Defendant Alan Kellerman filed a notice of removal of this case from the Kern County Superior Court.  However, Defendant has not filed a motion seeking leave to proceed in forma pauperis or paid the $350.00 filing fee.  In addition, Defendant has not attached to his notice of removal, "a copy of all the process, pleadings, and orders served upon Defendant in the action," as required by 28 U.S.C. § 1446.

Accordingly, IT IS HEREBY ORDERED that

1. **Within 30 days** from the date of service of this order, Defendant must either file a motion seeking leave to proceed in forma pauperis or pay the $350.00 filing fee for this action; and

2. Defendant is ORDERED to file with this Court, a copy of all the process, pleadings, and orders served upon him while the action remained in Kern County Superior Court;

1

3.     **Defendant is advised that his failure to comply with this order will result in a recommendation that the matter be dismissed.**

IT IS SO ORDERED.

Dated:   **June 21, 2012**                          /s/ Jennifer L. Thurston
                                              UNITED STATES MAGISTRATE JUDGE