UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, ) | Case No.: 1:12-cv-0986 LJO JLT |
| Plaintiff, ) | ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILING TO COMPLY WITH COURT ORDERS |
| v. ) | |
| KELLERMAN, et al., ) | (Doc. 4). |
| Defendant. ) | |

On June 19, 2012, Defendant Alan Kellerman filed a notice of removal of the case from Kern County Superior Court with this Court. (Doc. 1). However, Plaintiff did not attach a copy of his complaint to his notice of removal, as required by 28 U.S.C. § 1446, nor did he file an application seeking leave to proceed in forma pauperis or pay the $350.00 filing fee in full.

On June 16, 2012, this Court ordered Plaintiff to file a signed complaint and either file a motion seeking leave to proceed in forma pauperis or pay the $350.00 filing fee for this action within 30 days of service of the order. (Doc. 4). The Court's order was served on Plaintiff on June 16, 2012. The Court's order also advised Plaintiff that failure to comply with the order will result in a recommendation that the matter be dismissed. (Doc. 4 at 2).

Despite the Court's June 21, 2012 order, Plaintiff has failed to comply with any of the actions ordered by the Court.

Accordingly, it is HEREBY ORDERED that within FOURTEEN (14) days from the date of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute or follow the Court's Order.  In addition, Plaintiff shall, within the same FOURTEEN (14) day period, either pay the $350.00 filing fee in full or submit a completed application to proceed informa pauperis, and file a copy of his Complaint, as previously ordered. **Plaintiff is cautioned that if he fails to comply with this order, the Court will recommend his matter be dismissed.**

IT IS SO ORDERED.

Dated:   **August 2, 2012**                             **/s/ Jennifer L. Thurston**
                                                                                  UNITED STATES MAGISTRATE JUDGE